IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDWARD D. PARKER and VALENCIA WALKER-PARKER, | : : : : |
| Plaintiffs, | : |
| v. | :     CASE NO.: 7:25-CV-00089 (WLS) |
| | : |
| LOWNDES COUNTY PROBATION, LOWNDES COUNTY JAIL, and STATE OF GEORGIA, | : : : |
| Defendants. | : : |

**ORDER**

On July 11, 2025, Plaintiffs filed their Complaint (Doc. 1). Then, on August 11, 2025, the Court denied their Application to Proceed *in forma pauperis* (Doc. 2). In doing so, the Court ordered Plaintiffs to either refile their Application to Proceed *in forma pauperis* or pay the statutory filing fee (Doc. 3). The docket reflects that Plaintiffs paid the filing fee on September 2, 2025.

Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed R. Civ. P. 4(m). Plaintiffs therefore have until October 9, 2025, to properly serve Defendants. To date, they have not filed proof of serve on the docket.

Accordingly, Plaintiffs are **ORDERED** to file proof of executed service as to all Defendants no later than **Friday, October 16, 2025**. Plaintiffs are hereby noticed that failure to timely comply with this Order may result in dismissal of the action without prejudice for failure to timely serve Defendants.

**SO ORDERED**, this 8th day of September 2024.

                                             **/s/ W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**