IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

EDWARD D. PARKER, et al.,                         *

                Plaintiffs,                     *

v.                                                    Case No.7:25-cv-89 (WLS)
                                                  *

LOWNDES COUNTY PROBATION, et al.,

                Defendants.                     *

_____               *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

    This 20th day of May, 2026.

                David W. Bunt, Clerk


                s/ Katie Logsdon, Deputy Clerk